IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24- 3321
_____

PETER PATAKI,

Appellant,

v.

WALMART, INC.; WALMART STORES, INC.;
WAL-MART STORES, INC.; WAL-MART STORES EAST, INC.;
WAL-MART STORES EAST I, LP;
WALMART STORE NUMBER 5447;
JANE DOE 1-5, MARY DOE 1-5; and/or
DOE CORPORATION 1-5,
Appellees.

**APPELLEE'S MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE ITS RESPONSIVE BRIEF AND APPENDIX**

Appellee, Walmart Inc. (also identified in the Complaint as Walmart Stores, Inc., Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc., Wal-Mart Stores East I, LP, and Walmart Store Number 5447), by and through its undersigned counsel, respectfully requests a thirty-day extension of time to file its responsive Brief, for the reasons set forth below.

1.   I, Patrick McDonnell, am counsel for Appellee and responsible for the preparation of Appellee's Brief and Appendix.

2. This Appeal originated on December 13, 2024, when Appellant Peter Pataki filed a Notice of Appeal in the District Court (D.N.J. ECF No. 201) from a jury verdict rendered on November 20, 2024, which answered Question 1 related to the Appellee's negligence as "No." (D.N.J. ECF No. 197). Consistent with the verdict form's instructions, the jury did not proceed to answer any further questions. *Id.*

3. On March 11, 2025, the Court granted Appellant an initial verbal extension to file his Brief by March 31, 2025.

4. On March 20, 2025, the Court granted Appellant a subsequent 45-day extension of time to file his Brief and Appendix. 3d Cir. ECF No. 25.

5. On June 4, 2025, the Court granted Appellee an initial verbal extension to file its responsive brief by June 30, 2025, which is the current due date.

6. Now, Appellee respectfully requests a 30-day extension, due to unforeseen circumstances that constitute good cause, pursuant to L.A.R. 31.4 and FRAP 26(b).

7. My Partner and Co-Trial Counsel, Elisa Boody, was in the process of preparing Appellee's responsive brief; however, her mother has unfortunately fallen gravely ill and has been hospitalized out-of-state for several days.

8. Ms. Boody's mother remains hospitalized and there are currently no plans for her discharge. Ms. Boody is on personal leave until at least July 2, 2025.

9. As such, I will need to step in to prepare the Brief and likely involve other attorneys in my office who have little to no background regarding the case.

10.   This Court has advised that "unforeseen or uncontrollable events (e.g., a death in the family, illness, or active engagement at trial) lie at the heart of the 'good cause' requirement. . . ." *Joseph v. Hess Oil V.I. Corp.*, 651 F.3d 348, 355 (3d Cir. 2011).

11.   Given the unforeseen circumstances present here, Appellee respectfully requests a 30-day extension to file its Brief and Appendix for good cause as contemplated by L.A.R. 31.4 and FRAP 26(b).

12.   Upon conference with our adversary, Mr. Confusione has graciously consented to the extension.

13.   Accordingly, Appellee respectfully requests an extension to file its Brief and Appendix on or before July 30, 2025.

Respectfully submitted,
**McDONNELL & ASSOCIATES, P.C.**

Dated: June 23, 2025         */s/ Patrick J. McDonnell*
Patrick J. McDonnell, Esquire
Bar ID: PA 62310, NJ 026781991
Elisa M. Boody, Esquire
Bar ID: PA 319283, NJ 139842014
McDonnell & Associates P.C.
860 First Avenue, Suite 5B
King of Prussia, PA 19406
*Attorneys for Appellees*