# United States Court of Appeals
## *for the*
# Third Circuit

---

Case No. 24-3321

PETER PATAKI,

*Appellant,*

– v. –

WALMART, INC.; WALMART STORES INC.; WAL-MART STORES, INC.; WAL-MART STORES EAST INC.; WAL-MART STORES I, LP; WALMART ASSOCIATES, INC.; WALMART STORE NUMBER 5447; JOHN DOE 1-5; DOE CORPORATION 1-5,

---

ON APPEAL FROM AN ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

## MOTION FOR LEAVE TO FILE A SUPPLEMENTAL APPENDIX

PATRICK J. MCDONNELL
ELISA M. BOODY
MCDONNELL & ASSOCIATES P.C.
860 First Avenue, Suite 5B
King of Prussia, Pennsylvania 19406
500 Route 70 West
Cherry Hill, New Jersey 08002
(856) 429-5300

*Attorneys for Defendants-Appellees Walmart, Inc.; Walmart Stores, Inc., Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc., Wal-Mart Stores East I, LP, and Walmart Store Number 5447*

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-3321
_____

PETER PATAKI,

Appellant,

v.

WALMART, INC.; WALMART STORES, INC.;
WAL-MART STORES, INC.; WAL-MART STORES EAST, INC.;
WAL-MART STORES EAST I, LP;
WALMART STORE NUMBER 5447;
JANE DOE 1-5, MARY DOE 1-5; and/or
DOE CORPORATION 1-5,
Appellees.

**APPELLEE'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL**
**<u>APPENDIX</u>**

Appellee, Walmart Inc. (also identified in the Complaint as Walmart Stores, Inc., Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc., Wal-Mart Stores East I, LP, and Walmart Store Number 5447), by and through its undersigned counsel, respectfully requests leave of Court to file a Supplemental Appendix, for the reasons set forth below.

1.   I, Patrick McDonnell, am counsel for Appellee and responsible for the preparation of Appellee's Brief and Supplemental Appendix.

1

2. This Appeal originated on December 13, 2024, when Appellant Peter Pataki filed a Notice of Appeal in the District Court (D.N.J. ECF No. 201) from a jury verdict rendered on November 20, 2024, which answered Question 1 related to the Appellee's negligence as "No." (D.N.J. ECF No. 197). Consistent with the verdict form's instructions, the jury did not proceed to answer any further questions. *Id.*

3. Appellant filed his Brief and Appendix on May 15, 2025. *See* 3d Cir. ECF Nos. 26 and 27.

4. Prior to filing his Appendix, Appellant did not meet and confer with the Appellee to discuss its contents or a potential joint submission.

5. Upon careful review of Appellant's Appendix, it appears to omit documents that are crucial to the Court's review of this appeal.

6. First, Appellant seeks reversal of the trial court's decision to exclude his proposed expert Jerry Birnbach's testimony. However, the existing Appendix does not include the *de bene esse* trial testimony of Jerry Birnbach.

7. Although Appellant refers and cites to Birnbach's narrative report at length within his Brief, and refers generally to Birnbach's *de bene esse* testimony, Birnbach's actual *de bene esse* testimony is neither properly cited nor attached.

8. The transcript of Birnbach's trial deposition was provided to District Judge O'Hearn during the course of trial on November 13, 2024, who then relied on

the transcript to exclude Birnbach's testimony in its entirety. *See* a copy of Appellee's November 13, 2024 email to Judge's Chambers attached hereto at Exhibit "A"; *see also* DNJ ECF # 207, 420:15-422:9; 443:18-446:19 (where the trial judge spoke at length regarding her review of Birnbach's *de bene esse* transcript and the ways in which it formed the basis for her ultimate exclusion of his testimony); and 427:13 (where the trial judge noted that "The whole transcript will be part of the record.").

9. Appellant's Appendix also omitted the *de bene esse* trial testimony of Appellee's medical expert, Dr. Robert DeFalco, the video of which was played to the jury at trial. DNJ ECF #207, 437:1-2.

10. Dr. DeFalco's testimony is significant to the extent Appellant contends that defense counsel's comments and arguments regarding Plaintiff's medical providers' financial and professional interests in the outcome of the case were erroneous; and Dr. DeFalco disputed the reasonableness of the providers' treatment and underlying bills.

11. Mr. Birnbach's and Dr. DeFalco's *de bene esse* testimonies are part of the trial record and therefore appropriate for inclusion within the Appendix. *See* FRAP 30(a)(1)(D); L.A.R. 30.3(a).

12. Moreover, the transcripts are not directly accessible via ECF. As such, including the transcripts within a Supplemental Appendix is of paramount importance to the fair and just determination of this appeal.

13. Therefore, Appellee respectfully requests leave of Court to file a Supplemental Appendix to include the aforementioned documents.

14. The Supplemental Appendix is limited to the two documents described herein.

15. Granting the requested leave will permit the Court to fully address the issues and will assist the Court in the ultimate resolution of this matter.

Respectfully submitted,
**McDONNELL & ASSOCIATES, P.C.**

Dated: July 29, 2025     By:     */s/ Patrick J. McDonnell*
Patrick J. McDonnell, Esquire
Bar ID: PA 62310, NJ 026781991
Elisa M. Boody, Esquire
Bar ID: PA 319283, NJ 139842014
McDonnell & Associates P.C.
860 First Avenue, Suite 5B
King of Prussia, PA 19406
500 Route 70 West
Cherry Hill, NJ 08002
*Attorneys for Appellee*

# CERTIFICATE OF SERVICE

I, Patrick J. McDonnell, Esquire, hereby certify that on July 29, 2025, Appellee's Motion for Leave to File a Supplemental Appendix was filed via ECF and served upon the following counsel of record for Appellant:

Michael Confusione, Esquire
HEGGE & CONFUSIONE, LLC
P.O. Box 366, Mullica Hill, NJ 08062-0366
mc@heggelaw.com
*Attorneys for Appellant*

**McDONNELL & ASSOCIATES, P.C.**

By:   */s/ Patrick J. McDonnell*
      Patrick J. McDonnell, Esquire
      *Attorneys for Appellee*

# EXHIBIT A

# Rebecca Christie

| | |
|---|---|
| **From:** | Rebecca Christie |
| **Sent:** | Wednesday, November 13, 2024 4:17 PM |
| **To:** | Haley Minix; Justin Greenberg |
| **Cc:** | Patrick J. McDonnell; Elisa M. Boody; Roosevelt Jean |
| **Subject:** | Peter Pataki v. Walmart 1:16-cv-01109-CPO-AMD |
| **Attachments:** | 2024-11-08 - PDF - CONDENSED - GERALD BIRNBACH.pdf |

Ms. Minix –

Attached in connection with the above referenced trial is the deposition transcript of Gerald Birnbach.

Rebecca Christie, Paralegal
McDonnell & Associates, P.C.
Metropolitan Business Center
860 1st Avenue, Unit 5B
King of Prussia, PA  19406
Phone:   (610)  337-2087
Fax:       (610)  337-2575
E-Mail:   rchristie@mcda-law.com
www.mcda-law.com



 

*\*\*\*This e-mail and any files transmitted with it are confidential and attorney privileged and are intended solely for the use of the individual or entity to whom they are addressed.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or taking any action in reliance on the contents of this information is strictly prohibited.  Please notify the sender immediately by telephone if you have received this e-mail by mistake and delete this e-mail from your system.   Thank you.\*\*\**