**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 24-3321

Peter Pataki vs. Walmart, Inc., et al.

Calendar Date 2/12/2026     Location Philadelphia, PA

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Patrick J. McDonnell, Esq.

Designation of Arguing Counsel: Patrick J. McDonnell, Esq.

Member of the Bar:  [✔] Yes   [ ] No

Representing (check only one):

[ ] Petitioner(s)   [ ] Appellant(s)   [ ] Intervenor(s)

[ ] Respondent(s)   [✔] Appellee(s)   [ ] Amicus Curiae

Please list the name of the lead party being represented:

Walmart, Inc.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)